**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JAN HARRIS, INDIVIDUALLY, AND ON BEHALF OF OTHERS SIMILARLY SITUATED,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. H-07-3938** |
| **AUXILIUM PHARMACEUTICALS, INC.,** | § § § | |
| **Defendant.** | § § | |

**ORDER OF DISMISSAL**

On October 30, 2012, the parties informed the Court that they had settled the case. Now, Plaintiff has informed the Court that she wishes to dismiss this case with prejudice. The case is therefore **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 30th day of October, 2012.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND
AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT
ONE BY THE COURT.